# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No.: 21-md-2992-LAB-MSB<br><br>Pertains to Civil Action No.: 21-cv-1384-LAB-MSB |
| JULIE HICKS,<br>       Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.,<br>       Defendant. | **ORDER RE VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS [Dkt. 149]** |

On August 2, 2023, Plaintiff Julie Hicks filed a notice of voluntary dismissal without prejudice of her claims in the lead case in this consolidated multi-district litigation, *In re Bank of America California Unemployment Benefits Litigation*, Case No. 21-md-2992-LAB-MSB. (Dkt. 149). As required by the Court's procedures for filing and docketing, (*see* Dkt. 114), the Clerk is directed to file Hicks's notice in her individual member case, *Hicks v. Bank of America, N.A.*, Case No. 21-cv-1384-LAB-MSB.

//
//
//

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Hicks's individual claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate Plaintiff Julie Hicks from the lead case and her individual member case.

**IT IS SO ORDERED.**

Dated:  August 3, 2023

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge

2

21-md-2992-LAB-MSB
21-cv-1384-LAB-MSB